# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Campbell, Tena | 2. Court or Organization<br><br>United States District Court, Utah | 3. Date of Report<br><br>5/15/05 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>United States District Court Judge - Active | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>01/01/04 to 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Frank E. Moss Courthouse<br>350 South Main Street, Room 235<br>Salt Lake City, Utah 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [X] **NONE** (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [X] **NONE** (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, | | | | | | | | | |
| 1  Abbott Laboratories | | | J | T | B | 5/04 | J | A | |
| 2  AFLAC Incorporated | | | J | T | B | 5/04 | J | A | |
| 3  Agrium Inc. | | | J | T | B | 5/04 | J | A | |
| 4  Aim MM (IRA) | | | J | T | | | | | |
| 5  AIM Money Market B | | | J | T | | | | | |
| 6  American Intl Group Inc | | | J | T | B | 5/04 | J | A | |
| 7  American Pwr Conversion | | | J | T | B | 5/04 | J | A | |
| 8  Applied Materials Inc | | | J | T | B | 4/04 | J | A | |
| 9  Automatic Data Processing | | | J | T | B | 12/04 | J | A | |
| 10  AVX Corporation NEW | | | J | T | B | 4/04 | J | A | |
| 11  Avon Products Inc. | | | J | T | | | | | |
| 12  Bank of America Corp | | | J | T | B | 5/04 | J | A | |
| 13  Baxter International Inc | | | J | T | B | 5/04 | J | A | |
| 14  Berkshire Hathaway Inc | | | J | T | B | 5/04 | J | A | |
| 15  Brascan Corp | | | J | T | B | 4/04 | J | A | |
| 16  Brookline Bancshares Inc | | | J | T | B | 4/04 | J | A | |
| 17  BP PLC | | | J | T | B | 4/04 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ◩ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Catellus Development | | | J | T | | | | | |
| 19 Check Point Software | | | J | T | B | 3/04 | J | A | |
| 20 Chevron Texaco Corp | | | J | T | B | 5/04 | J | A | |
| 21 Cisco Sys Inc | | | J | T | B | 5/04 | J | A | |
| 22 Citigroup Inc | | | J | T | B | 5/04 | J | A | |
| 23 Liz Claiborne Inc | | | J | T | B | 5/04 | J | A | |
| 24 Colgate-Palmolive | | | J | T | B | 5/04 | J | A | |
| 25 Comcast Corp | | | J | T | B | 5/04 | J | A | |
| 26 Costco Whsl Corp | | | J | T | B | 5/04 | J | A | |
| 27 Credence Sys Corp | | | J | T | B | 5/04 | J | A | |
| 28 Cross Country Hlthcare | | | J | T | B | 5/04 | J | A | |
| 29 Davis New York Venture | | | J | T | B | 5/04 | J | A | |
| 30 Dover Corp Common | | | J | T | B | 5/04 | J | A | |
| 31 Electro Scientific | | | J | T | B | 5/04 | J | A | |
| 32 Electronics For Imaging | | | J | T | B | 5/04 | J | A | |
| 33 Emerson Electric Co | | | J | T | B | 5/04 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 Encana | | | J | T | B | 4/04 | J | A | |
| 35 Europacific Growth | | | J | T | B | 6/04 | J | A | |
| 36 Exxon Mobil Corporation | | | J | T | B | 5/04 | J | A | |
| 37 FNMA Remic 03-44-CB | | | J | T | B | 12-04 | J | A | |
| 38 Federal Home Loan Bank | | | J | T | B | 12-04 | J | A | |
| 39 Fedl Home Loan Mtg Corp | | | J | T | B | 5-04 | J | A | |
| 40 Federal Natl Mtg Ass RDP | | | J | T | | | | | |
| 41 Financing Corp CPN FICO | | | J | T | B | 10/04 | J | A | |
| 42 Financing CORP-Fed Book | | | J | T | B | 10/04 | J | A | |
| 43 First Data Corp | | | J | T | B | 5/04 | J | A | |
| 44 Fiserv Inc | | | J | T | B | 5/04 | J | A | |
| 45 Forest City Enterprise | | | J | T | B | 5/04 | J | A | |
| 46 General Dynamics Corp | | | J | T | B | 5/04 | J | A | |
| 47 General Electric Co. | | | J | T | B | 5/04 | J | A | |
| 48 Growth Fund of America | | | J | T | B | 6/04 | J | A | |
| 49 Hartford Finl Svcs | | | J | T | B | 5/04 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 Health Mgnt Assoc | | | J | T | B | 10/64 | | | |
| 51 Hutchison Whampoa Ltd. | | | J | T | B | 4/64 | | | |
| 52 IAC/Interactive Corp | | | J | T | B | 5/04 | | | |
| 53 ILXB (IRA) | | | J | T | B | 5/64 | | | |
| 54 Illinois Tool Works Inc. | | | J | T | B | 5/04 | | | |
| 55 Intl Business Mach Corp | | | J | T | B | 5/04 | | | |
| 56 Interactive Corp | | | J | T | B | 5/64 | | | |
| 57 Intuit Inc | | | J | T | B | 5/04 | | | |
| 58 Jakks Pac Inc | | | J | T | B | 5/04 | | | |
| 59 Johnson Controls | | | J | T | B | 5/04 | | | |
| 60 Johnson & Johnson | | | J | T | B | 5/64 | | | |
| 61 Leapfrog Enterprises Inc. | | | J | T | B | 5/64 | | | |
| 62 Legg Mason Inc | | | J | T | B | 5/64 | | | |
| 63 Leggett & Platt Inc. | | | J | T | B | 5/64 | | | |
| 64 Liberty Media Corp Ser-A | | | J | T | B | 5/64 | | | |
| 65 Limited Brands Inc. | | | J | T | B | 5/04 | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 66  Limited Brands Inc. CHG | | | J | T | | | | | |
| 67  Linear Technology Corp | | | J | T | | | | | |
| 68  Liquid Asset Fund | | | J | T | | | | | |
| 69  LNR PPTY Coro | | | J | T | | | | | |
| 70  Lord Abbott Affiliated | | | J | T | B | 6/04 | J | A | |
| 71  LowesCompanies Inc Com | | | J | T | B | 5/04 | J | A | |
| 72  MBNA Corp | | | J | T | B | 5/04 | J | A | |
| 73  MGIC Invt Corp | | | J | T | B | 5/04 | J | A | |
| 74  McDonalds Corp | | | J | T | B | 5/04 | J | A | |
| 75  McGraw Hill Cos Inc | | | J | T | B | 10/04 | J | A | |
| 76  Markel Corporation | | | J | T | | | | | |
| 77  Medtronic Inc. | | | J | T | B | 10/04 | J | A | |
| 78  Merck & Co. Inc. | | | J | T | | | | | |
| 79  Microsoft Corporation | | | J | T | B | 5/04 | J | A | |
| 80  Mohawk Inds Inc | | | J | T | B | 5/04 | J | A | |
| 81  Morgan Stanley | | | J | T | B | 5/04 | J | A | |
| 82  New Alliance Bancshares | | | J | T | B | 7/04 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 83 Northern Trust Corp | | | J | T | B | 3/04 | J | A | |
| 84 PPG Industries Inc | | | J | T | B | 5/04 | J | A | |
| 85 Pepsico Incorporated | | | J | T | B | 5/04 | J | A | |
| 86 Pfizer Incorporated | | | J | T | B | 5/04 | J | A | |
| 87 Praxair Inc. | | | J | T | B | 5/04 | J | A | |
| 88 Proctor & Gamble Co | | | J | T | B | 5/04 | J | A | |
| 89 Putnam Money Market B | | | J | T | B | 5/04 | J | A | |
| 90 Putnam MM (IRA) | | | J | T | B | 5/04 | J | A | |
| 91 Russ Berrie and Company | | | J | T | B | 5/04 | J | A | |
| 92 St. Joe Co | | | J | T | B | 4/04 | J | A | |
| 93 Smedvig ASA | | | J | T | B | 7/04 | J | A | |
| 94 State Street Corp | | | J | T | B | 5/04 | J | A | |
| 95 Stryker Corp | | | J | T | B | 5/04 | J | A | |
| 96 Superior Inds Intl Inc | | | J | T | B | 9/04 | J | A | |
| 97 Sycamore Networks Inc | | | J | T | B | 5/04 | J | A | |
| 98 Sysco Corporation | | | J | T | B | 7/04 | J | A | |
| 99 Taiwan Semiconductor MFG | | | J | T | B | 5/04 | J | A | |
| 100 Target | | | J | T | B | 5/04 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 101 Tellabs Inc. | None | | J | T | Buy 4-04 | | J | A | |
| 102 Third Avenue Reit | None | | J | T | Buy 6-04 | | J | A | |
| 103 US Bancorp Del | None | | J | T | Buy 5-04 | | J | A | |
| 104 United Technologies Corp | None | | J | T | Buy 5-04 | | J | A | |
| 105 Viacom Inc. | None | | J | T | Buy 5-04 | | J | A | |
| 106 Wal-Mart Stores Inc | None None | | J | T | Buy 12-04 | | J | A | |
| 107 Walgreen Company | None | | J | T | Buy 5-04 | | J | A | |
| 108 Washington Mut Investors | None | | J | T | Buy 6-04 | | J | A | |
| 109 Waste Mgmt Inc. | None | | J | T | Buy 5-04 | | J | A | |
| 110 Wells Fargo & Co New | None | | J | T | Buy 5-04 | | J | A | |
| 111 Wells Fargo Money Market | A | interest | J | T | | | | | |
| 112 Wells Fargo Money Market | B | interest | K | T | | | | | |
| 113 Wells Fargo Bankcheck | A | interest | J | T | | | | | |
| 114 Wells Fargo Bankcheck | A | interest | J | T | | | | | |
| 115 Willis Group Holding LTD | None | | J | T | Buy 5-04 | | J | A | |
| 116 3M Co | None | | J | T | Buy 5-04 | | J | A | |
| 117 VanKmpn MM (IRA) | None | | L | T | | | | | |
| 118 Van Kampen Reserve B | None | | | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII.  Page 8  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 119  Veritas Software (Common) | | | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████  Date  5-11-2005

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544